# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JARED KEITH DUNKIN**                                                                           **PLAINTIFF**

**V.**                              **CASE NO. 1:11CV00010 JMM**

**RICK MORALES,** *et al.*                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby administratively terminated. If Plaintiff seeks to pursue either his false arrest or his false imprisonment claim after the state proceedings have concluded, he may file a motion to reopen this case.

IT IS SO ORDERED this __22__ day of _February_, 2011.

_____
UNITED STATES DISTRICT JUDGE